UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

LAUREN R. MAY                                                    Case No.        3:10-BK-30104-KRH
    Debtor.

LAUREN R. MAY                                                    APN:            3:10-AP-03082-KRH
WILLIAM "BRYAN" MAY,
    Plaintiffs,

v.

GREEN TREE SERVICING, LLC., et al
    Defendants.

## NOTICE OF MOTION

**Lauren and William May, Plaintiffs/Debtors**, have filed papers with this court to declare the defendants in default and have judgment entered pursuant to Fed.R.Bankr. P. 7055.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before September 21, 2010, you or your attorney must:

1. **File with the court**, at the address shown below, a written response, pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

| | And also: |
|---|---|
| Clerk US Bankruptcy Court | Mitchell P. Goldstein, Esq. |
| 701 E. Broad St. Suite 4000 | Jason M. Krumbein, Esq. |
| Richmond. VA 23219 | 1650 Willow Lawn Drive, Suite 300 |
| | Richmond, VA 23230 |

2. Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

Mitchell P. Goldstein, Esquire VSBN 40613
Jason M. Krumbein, Esquire VSBN 43538
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office
804.673.4350 fax
mgoldstein@krumbeinlaw.com email

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

DATE: September 7, 2010

/s/Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSBN 40613
Krumbein Consumer Legal Services
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358, 804-673-4350 (fax)
Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on Defendants via U.S. Mail, First Class, Postage Prepaid at:

Green Tree Servicing, LLC.
c/o RA CT CORPORATION SYSTEM
4701 COX RD STE 301
Glen Allen, VA 23060

Bank of America
President Bryan T. Moynihan
100 North Tryon Street
Charlotte, NC 28255

Douglas Huston
477 Viking Drive
Suite 100
Virginia Beach, VA 23452

Gary Zell
6164 Fuller Court
Alexandria, VA 22310

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq. VSB#40613
Krumbein Consumer Legal Services, Inc.
Counsel for the Debtors
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358, 804-673-4350 (fax)
mgoldstein@krumbeinlaw.com (e-mail)

Mitchell P. Goldstein, Esquire VSBN 40613
Jason M. Krumbein, Esquire VSBN 43538
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office
804.673.4350 fax
mgoldstein@krumbeinlaw.com email

Page 2 of 2